In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00452-CV
_____

**MICHAEL WAYNE OSBORNE, Appellant**

**V.**

**NATHAN REYNOLDS JR., Appellee**

On Appeal from the 172nd District Court
Jefferson County, Texas
Trial Cause No. E-197,332

**MEMORANDUM OPINION**

Michael Wayne Osborne filed a notice of appeal from interlocutory orders denying a motion for default judgment and denying a motion for a bench warrant. We notified the parties that our jurisdiction was not apparent from the notice of appeal and that the appeal would be dismissed for want of jurisdiction unless a response demonstrating this Court's jurisdiction was filed by November 30, 2015. The appellant did not file a written response.

1

Generally, an appeal may be taken only from a final judgment. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if a statute authorizes an accelerated appeal. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *see* Tex. R. App. P. 28.1. The appellant has not filed a response showing that the trial court has signed a final judgment or an order that is appealable at this time. *See* Tex. R. App. P. 42.3. We dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on December 22, 2015
Opinion Delivered December 23, 2015

Before McKeithen, C.J., Kreger and Johnson, JJ.